James Anderw Grubbs
_____
Full name(s)

DOC # 157989
_____
Prisoner or registration number

727 Moon Road
_____
Street address or postal box number

Plainfield, IN. 46168-9400
_____
City, State and zip code

FILE
DISTRICT
VANSVILLE D.
2006 MAY 30 PM 1: 3
THERM DIST
OF INDIANA
LAURA A. BRIGG
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. **3 : 06-cv-0090-RLY -WGH**
_____
(To be supplied by the Court)

James Anderw Grubbs
_____

_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v. ~~Vigo County~~

Vigo County Jail ; employees
Sheriff Marvil of Vigo County
Judge Michael H. Eldred _____ Defendant(s).
Full name(s) (Do not use *et al.*)

---

## CIVIL RIGHTS COMPLAINT

---

### A. PARTIES

1. I, James Anderw Grubbs , am a citizen of Indiana
   (Plaintiff name and prisoner or registration no. if applicable)          (State)

and presently reside at Plainfield Correctional Facility
              (mailing address or place of confinement)

2. Defendant __Sheriff Marvil__ is a citizen of __Indiana__
(name of first defendant)                                    (State)

whose address is __Vigo County Jail. 201 Cherry St. Terre Haute, IN. 47807__

and who is employed as __Vigo County Sheriff__.

3. Defendant __Judge Michael H. Eldred__ is a citizen of __Indiana__
(name of second defendant)                                  (State)

whose address is __Vigo Superior Court 1. Terre Haute, IN. 47807__

and who is employed as __Judge of Vigo Superior Court 1__

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet
which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. This cause of action is brought pursuant to (CHECK ONE)

   X    42 U.S.C. § 1983 (applies to state prisoners)

   ___    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S.
   388 (1971) (applies to federal prisoners)

2. _____    Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert
jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

BRIEFLY state the background of your case.

I was booked in Vigo County Jail on 5/28/04 at which
time I informed the jail I was had Epilepsy.
At that time I told them I needed Depakote for this problem.
On 5/28/04 the jail began giving Depakote and discontinued
it on 5/29/04. On 5/30/04 I had a seizure and fell out
of top bad they asigned to me.

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: ___See attached_____

_____

_____

_____

**Supporting Facts**: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

___See attached_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Claim II: _____

_____

_____

_____

**Supporting Facts:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Claim III:**    _____

_____

_____

**Supporting Facts:**

_____

_____

_____

_____

_____

_____

4

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes _X_No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

b. Name and location of court and docket number _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
_____

d. Issues raised: _____

e. Approximate date of filing lawsuit:_____

f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.  _X_Yes ____No.

If your answer is "Yes," briefly describe how relief was sought and the result.

I have sent 5 grievances when I was in Vigo County with no replay back. I will be sending a new grivances with cop

3. I have exhausted available administrative remedies. _X_ Yes ____ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.

I followed all available administrative remedies to my knowledge.

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

b. Name and location of court and docket number _____

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit:_____

e. Approximate date of disposition: _____

6

## G. REQUEST FOR RELIEF

I request the following relief:

_____

_____

_____

_____

_____

_____        _____
Original signature of attorney (if any)        **Prisoner's Original Signature**


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct**.

Executed at _Plainfield Correctional_ on _5-23-06_ .
            (location)               (date)

_____
**Prisoner's Original Signature**

7